THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00182-MR

| | | |
|---|---|---|
| STEPHANIE DAWN CALDWELL, Individually and as Personal Representative of the Estate of Deceased Larry D. Caldwell, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **O R D E R** |
| A.W. CHESTERTON COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the Conditional Remand Order from the Eastern District of Pennsylvania entered April 11, 2013 [Doc. 11].

The Conditional Remand Order indicates that the parties have settled this matter, but that not all of the agreements and/or settlement funds have been received by the Plaintiff.

In light of the parties' apparent settlement, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the parties shall file a memorandum of settlement with the Court setting out the basic terms of the parties' settlement agreement. Such memorandum may be filed under seal.

**IT IS FURTHER ORDERED** that the Defendants shall pay all sums required by the parties' settlement agreement and the parties shall file all such documents with the Court so as to effectuate the closing of the Court file within sixty (60) days of the entry of this Order, unless additional time is sought and granted by the Court.

**IT IS SO ORDERED.**   Signed: April 29, 2013

Martin Reidinger
United States District Judge