THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00182-MR

| | |
|---|---|
| STEPHANIE DAWN CALDWELL, Individually and as Personal Representative of the Estate of LARRY D. CALDWELL, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>    Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Dismissal of Defendants Fluor Enterprises, Inc. and Daniel International Corporation [Doc. 13].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 13] is **GRANTED**, and all claims of the Plaintiff against Defendants Fluor Enterprises, Inc. and Daniel International Corporation are hereby **DISMISSED WITH PREJUDICE** from this action.

**IT IS SO ORDERED.**   Signed: May 22, 2013

Martin Reidinger
United States District Judge