THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00182-MR

| | |
|---|---|
| STEPHANIE DAWN CALDWELL, Individually and as Personal Representative of the Estate of LARRY D. CALDWELL, Deceased, )<br><br>Plaintiff, )<br><br>vs. )<br><br>A.W. CHESTERTON COMPANY, et al., )<br><br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Dismissal of Defendant Gould Pumps, Inc. [Doc. 14].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 14] is **GRANTED**, and all claims of the Plaintiff against the Defendant Gould Pumps, Inc. are hereby **DISMISSED WITH PREJUDICE** from this action.

**IT IS SO ORDERED.**

Signed: May 22, 2013

Martin Reidinger
United States District Judge