**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00182-MR**

| | | |
|---|---|---|
| **STEPHANIE DAWN CALDWELL,**<br>**Individually and as Personal**<br>**Representative of the Estate of**<br>**LARRY D. CALDWELL, Deceased,** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **O R D E R** |
| **A.W. CHESTERTON COMPANY,**<br>**et al.,** | ) ) ) | |
| **Defendants.** | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Joint Motion to Dismiss Defendant Ingersoll Rand Company [Doc. 23].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 23] is **GRANTED**, and all claims of the Plaintiff against the Defendant Ingersoll Rand Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**   Signed: July 1, 2013

Martin Reidinger
United States District Judge