THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00182-MR

| | |
|---|---|
| STEPHANIE DAWN CALDWELL, )<br>Individually and as Personal )<br>Representative of the Estate of )<br>LARRY D. CALDWELL, Deceased, )<br>)<br>             **Plaintiff,** )<br>)<br>       vs. )<br>)<br>A.W. CHESTERTON COMPANY, et al.,)<br>)<br>             **Defendants.** )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Notice of Suggestion of Bankruptcy and Notice of Automatic Stay regarding the Defendant National Service Industries, Inc. [Doc. 27].

The Notice of Bankruptcy of Defendant National Service Industries, Inc. requires that the action be stayed as to that Defendant.

**IT IS, THEREFORE, ORDERED** that this action is hereby **STAYED** as to Defendant National Service Industries, Inc.

The Clerk of Court is respectfully directed to administratively close this case.

**IT IS SO ORDERED.**     Signed: July 10, 2013

Martin Reidinger
United States District Judge